02-10-284-CR & 02-10-320-CR














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NOS.  02-10-00284-CR

                                                       02-10-00320-CR

 

 


 
 
 Morris Clay Mackey
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM THE
371st District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

          We have considered appellant’s AAmended
Motion To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

                                                                   PER
CURIAM

PANEL: 
MCCOY, MEIER, and GABRIEL, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED:  December 16, 2010











[1]See Tex. R. App. P. 47.4.